143 A.3d 890

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Carl William SACHETTE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 4, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of August 2016, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1) Assuming arguendo the trial record supports the verdict for unlawful contact with a minor, is the 25 to 50 year sentence otherwise unconstitutional?

This matter is consolidated with *Commonwealth v. Bragg,* 67 EAL 2016 and *Commonwealth v. Macklin,* 288 MAL 2015 for oral argument.

Justice WECHT did not participate in the consideration or decision of this matter.